Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA # 00787779
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

COUNSEL FOR THE DEBTOR

and

Mark Stromberg
Stromberg Stock
5420 LBJ Frwy. Suite 300
2 Lincoln Centre
Dallas, TX 75240
(972)458-5353
FAX: (972) 770-2156 (fax)
EMAIL: mark@strombergstock.com

COUNSEL FOR THE DEFENDANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Gary R. Griffith** | § | **Case Number 13-33404-HDH-11** |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |
| **Gary Griffith and Stephanie Griffith** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Adversary No. 13-03184** |
| | § | |
| **Todd Aaron and Dawn Aaron** | § | |
| | § | |
| **Defendants.** | § | |

### JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

COME NOW, Gary R. Griffith (the "**Debtor**"), Stephanie Griffith, and Todd and Dawn

Aaron (the "**Defendants**"), and file this Joint Motion to Dismiss Adversary Proceeding (the

"**Motion**") and state as follows:

1. The Debtor commenced the above-styled and numbered bankruptcy case on July 2, 2013 by filing a petition for voluntary relief pursuant to Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, which is now pending as Case No. 13-33404-HDH-11. The Debtor converted his case to a case under Chapter 11 on August 13, 2013.

2. On August 30, 3013, the Debtor filed a Notice of Removal of Cause No. CC-13-03871-B from County Court at Law No. 2 of Dallas County, Texas to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division initiating the above-referenced adversary (the "**Adversary Proceeding**").

3. Trial docket call in the Adversary Proceeding is currently set for January 27, 2014.

4. The parties no longer desire to prosecute the Adversary Proceeding. Accordingly, the Debtor and the Defendants jointly request that the Adversary Proceeding be dismissed, without prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss the Adversary Proceeding, and grant all other relief as justice may require.

Dated: January 24, 2014.

Respectfully submitted,

By: */s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

COUNSEL FOR THE DEBTOR

and

*/s/ Mark Stromberg*
Mark Stromberg
TBA #19408830
Stromberg Stock
5420 LBJ Frwy. Suite 300
2 Lincoln Centre
Dallas, TX 75240
(972) 458-5353
FAX: (972) 770-2156 (fax)
EMAIL: mark@strombergstock.com

COUNSEL FOR THE DEFENDANTS

and

*/s/ Stephany Griffith*
Stephany Griffith
Pro Se

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notification in this case on the 24th day of January, 2014.

*/s/ Howard Marc Spector*
Howard Marc Spector