

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 27, 2014**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **Gary R. Griffith** | § § | Case Number 13-33404-HDH-11 |
| Debtor. | § | (Chapter 11) |
| **Gary Griffith and Stephanie Griffith** | § § | |
| Plaintiffs, | § § | |
| v. | § § | Adversary No. 13-03184 |
| **Todd Aaron and Dawn Aaron** | § § § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

On this day came on to be considered the Joint Motion to Dismiss Adversary Proceeding

(the "**Motion**") filed by Gary R. Griffith, Stephany Griffith, and Todd and Dawn Aaron. The

Court, having considered the pleadings, finds and concludes that the Motion is well-taken and

should be in all respects be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that that the above-referenced adversary proceeding is DISMISSED without prejudice.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com