

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 27, 2014**

**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **Gary R. Griffith** § | | Case Number 13-33404-HDH-11 |
| § | | |
| Debtor. § | | (Chapter 11) |
| **Gary Griffith and Stephanie Griffith** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | Adversary No. 13-03184 |
| § | | |
| **Todd Aaron and Dawn Aaron** § | | |
| § | | |
| Defendants. § | | |

## ORDER GRANTING JOINT MOTION TO DISMISS ADVERSARY PROCEEDING

On this day came on to be considered the Joint Motion to Dismiss Adversary Proceeding (the "**Motion**") filed by Gary R. Griffith, Stephany Griffith, and Todd and Dawn Aaron. The Court, having considered the pleadings, finds and concludes that the Motion is well-taken and

should be in all respects be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that that the above-referenced adversary proceeding is DISMISSED without prejudice.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

United States Bankruptcy Court
Northern District of Texas

Griffith,
    Plaintiff                                             Adv. Proc. No. 13-03184-hdh

Aaron,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-3       User: dmoroles         Page 1 of 1           Date Rcvd: Jan 27, 2014
                        Form ID: pdf001      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2014.
dft        +Dawn Aaron,   6215 Woodland,   Dallas, TX 75225-2838
dft        +Todd Aaron,   6215 Woodland,   Dallas, TX 75225-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jan 27 2014 22:43:55     United States Trustee,
      1100 Commerce Street,   Room 976,   Dallas, TX 75242-0996
                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2014 at the address(es) listed below:
          Howard Marc Spector    on behalf of Plaintiff Stephany  Griffith hspector@spectorjohnson.com,
            hrogers@spectorjohnson.com;sshank@spectorjohnson.com
          Howard Marc Spector    on behalf of Plaintiff Gary R. Griffith hspector@spectorjohnson.com,
            hrogers@spectorjohnson.com;sshank@spectorjohnson.com
                                                                                                                                      TOTAL: 2